IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OFELIA P. UBUNGEN,<br><br>        Plaintiff,<br><br>v.<br><br>CITIZEN & IMMIGRATION SERVICES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-0673(EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF COUNSEL

Defendant notifies Court and Plaintiff of the entry of appearance of Assistant United States Attorney Blanche L. Bruce as lead counsel for the Defendant in the above-captioned case.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: May 23, 2008

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of May, 2008, I caused the foregoing Notice of Appearance of Counsel to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Ofelia Padilla Ubungen
No. 19 Governor
Luna Street
2500 La Union
San Fernando City Philippines

              /s/_____
              BLANCHE L. BRUCE
              Assistant United States Attorney
              555 Fourth Street, N.W., Room E-4220
              Washington, D.C. 20530
              (202) 307-6078 (telephone)