IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OFELIA P. UBUNGEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0673(EGS) |
| ) | |
| CITIZEN & IMMIGRATION SERVICES ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Pursuant to Fed.R.Civ.P. 6(b), Defendant Citizen & Immigration Services, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including July 10, 2008, to respond to Plaintiff's Complaint. Defendant's response is currently due on May 27, 2008. The reason for the enlargement:

1. An agency counsel with the Citizen & Immigration Services of the Department of Homeland Security needs to be assigned to the case to assist the undersigned counsel in preparing a response to the civil action.

2. Defendant has not conferred with Plaintiff because Plaintiff is located in the Phillippines.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

Dated: May 23, 2008


**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:


Ofelia Padilla Ubungen
No. 19 Governor
Luna Street
2500 La Union
San Fernando City Philippines


/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OFELIA P. UBUNGEN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0673(RWR) |
| ) | |
| **CITIZEN & IMMIGRATION SERVICES** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the Motion for Enlargement of Time to Respond to the Complaint, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the Defendant will have up to and including July 10, 2008 to respond to the Complaint.


Date _____          _____
                                   UNITED STATES DISTRICT JUDGE